UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA MILES STEPHENS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:20-CV-694-FL |
| NC DEPARTMENT OF HEALTH and | ) | |
| HUMAN SERVICES, *DHHS* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 2, 2022, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED, and this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on March 2, 2022, and Copies To:**
Walter L. Bowers (via CM/ECF Notice of Electronic Filing)
Joseph E. Elder (via CM/ECF Notice of Electronic Filing)

March 2, 2022                    PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk